Approved. Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

May 27, 2026

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL UNION, UNITED** | : | |
| **AUTOMOBILE, AEROSPACE AND** | : | **Case No. 3:26-cv-313** |
| **AGRICULTURAL IMPLEMENT** | : | |
| **WORKERS OF AMERICA, et al.** | : | **Judge Jack Zouhary** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FREUDENBERG-NOK** | : | |
| **GENERAL PARTNERSHIP** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Plaintiffs hereby give notice of the voluntary dismissal of this Action with prejudice.

Respectfully submitted,

**JOYCE GOLDSTEIN & ASSOCIATES**

**Of Counsel:**

*/s/ Kristin Seifert Watson*
Kristin Seifert Watson (0078032)
Cloppert, Latanick, Sauter & Washburn
225 East Broad Street, 4th Floor
Columbus, Ohio 43215
Telephone: (614) 461-4455
Facsimile: (614) 621-6293
Email:     kwatson@cloppertlaw.com
           lhagar@cloppertlaw.com

Joyce Goldstein (0029467)
Joyce Goldstein & Associates
3080 Laurel Road
Cleveland, Ohio 44120

Telephone:(216) 771-6633
Facsimile: (216) 509-2542
Email:      jgoldstein@ggcounsel.com

*Counsel for Plaintiffs*

Case: 3:26-cv-00313-JZ  Doc #: 11  Filed:  05/27/26  2 of 3.  PageID #: 125

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on May 27, 2026, using the Court's CM/ECF system. All parties may access this filing utilizing the Court's ECF system.

*/s/ Kristin Seifert Watson*
Kristin Seifert Watson (0078032)
